DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THE SCHOOL BOARD OF BROWARD COUNTY,**
Appellant,

v.

**NIKOLAS JACOB CRUZ,**
Appellee.

No. 4D18-1421

[September 27, 2018]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elizabeth Scherer, Judge; L.T. Case No. 18-1958CF10A.

Eugene K. Pettis and Debra Potter Klauber of Haliczer, Pettis & Schwamm, Fort Lauderdale, for appellant.

Howard Finkelstein, Public Defender, Seventeenth Judicial Circuit, and Diane M. Cuddihy, Chief Assistant Public Defender, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***